**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7709**

JORGE GALEAS, JR., a/k/a Jorge Gevara,

     Plaintiff - Appellant,

   and

DELMAS M. BURCH; RYAN SHIPWASH; TRAVIS LOCKLEAR; ARTIS TAMAR
PERKINS,

     Plaintiffs,

     v.

RICHARD NEELY,

     Defendant – Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Robert J. Conrad,
Jr., Chief District Judge. (3:10-cv-00599-RJC)

Submitted: February 10, 2011    Decided: February 23, 2011

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jorge Galeas, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jorge Galeas, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) civil rights action without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Galeas v. Neely, No. 3:10-cv-00599-RJC (W.D.N.C. Dec. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED